IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALAN STACY                                                    PLAINTIFF

v.                      No: 4:17-cv-00235 JLH-PSH

TIM RYALS                                                         DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Document #55.

IT IS THEREFORE ORDERED that Ryals' motion for summary judgment is granted, and Stacy's claim against Ryals is dismissed with prejudice. Document #39.

DATED this 10th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE