IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALAN STACY                                          PLAINTIFF

v.                      No: 4:17-cv-00235 JLH-PSH

TIM RYALS                                                   DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 10th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE